```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

JAMES DAVID GREEN,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:15-03629

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

## MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Tinsley submitted to the court his Proposed Findings and Recommendation ("PF&R") on August 23, 2016, in which he recommended that the court grant plaintiff's motion for summary judgment to the extent plaintiff seeks remand pursuant to the fourth sentence of 42 U.S.C. § 405(g), deny defendant's brief in support of defendant's decision, reverse the final decision of the Commissioner, remand the case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings as outlined in the PF&R, and dismiss this matter from the court's docket.

In accordance with the provisions of 28 U.S.C. § 636(b), plaintiff was allotted fourteen days and three mailing days in which to file any objections to Magistrate Judge Tinsley's Proposed Findings and Recommendation. The failure of any party

to file such objections within the time allowed constitutes a waiver of such party's right to a <u>de novo</u> review by this court. <u>Snyder v. Ridenour</u>, 889 F.2d 1363 (4th Cir. 1989).

    Neither party filed any objections to the Magistrate Judge's Findings and Recommendations within the required time period.  Accordingly, the court adopts the Findings and Recommendations of Magistrate Judge Tinsley as follows:

1. Plaintiff's Motion for Summary Judgment is **GRANTED** to the extent he seeks remand pursuant to sentence four of 42 U.S.C. § 405(g);
2. Defendant's Brief in Support of Defendant's Decision is **DENIED**;
3. The final decision of the Commissioner is **REVERSED**;
4. The case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings as outlined in the Proposed Findings and Recommendation; and
5. This Clerk is directed to remove this case from the court's active docket.

    The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record.

**IT IS SO ORDERED** this 13th of September, 2016.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge